IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODY DEAN SEELYE,

    Petitioner,               No. CIV S-06-0162 FCD GGH P

   vs.

A.K. SCRIBNER, et al.,

    Respondents.          ORDER

_____/

        Petitioner has requested an extension of time to file objections to the March 10, 2006 Findings and Recommendations recommending summary dismissal with prejudice[1] of his application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's March 20, 2006 request for an extension of time is granted;

        2. Petitioner is granted thirty days from the date of this order in which to file objections to the March 10, 2006 Findings and Recommendations; and

\\\\\

\\\\\

---

[1] The body of the Findings and Recommendations made clear that the recommendation for summary dismissal for "patent deficiency" of the application would be "with prejudice." Although the recommendation clause itself contained the words "without prejudice," this was a typographical error and the recommendation for summary dismissal is "with prejudice."

3.  There will be no further extension of time.

DATED: 3/31/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
seel0162.111+