1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JODY DEAN SEELYE,

11                   Petitioner,                   No. CIV. S-06-0162-FCD-GGH-P

12          vs.

13   A. K. SCRIBNER, et al.,

14                   Respondents.            <u>ORDER</u>

15   _____/

16                Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19                On March 10, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on petitioner and which contained notice to petitioner that any

21   objections to the findings and recommendations were to be filed within twenty days.  On March

22   31, 2006, petitioner's request for an extension of time to May 1, 2006, was granted.  Petitioner

23   has not filed objections to the findings and recommendations.

24                The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

                                          1

1          1.  The findings and recommendations filed March 10, 2006, are adopted in full;

2    and

3          2.  This petition is summarily dismissed without prejudice.

4    DATED:June 20, 2006

5

6                                              /s/ Frank C. Damrell Jr.
                                               FRANK C. DAMRELL JR.
7                                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26